```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     DR. MICHAEL HASELKORN, et al

                    Petitioner(s)

        -vs-                                   06-MC-6030T

     AMERICAN HONDA MOTOR CO., INC. OIL
     FILTER PRODUCT LIABILITY LITIGATION

                    Respondent(s)

_____
```

Petitioners having filed a motion to manually file this miscellaneous civil action and related documents, and good cause having been shown, it is hereby,

ORDERED, that petitioners' motion is granted.

SO ORDERED.

                                                S/ MICHAEL A. TELESCA
                                                Hon. Michael A. Telesca
                                                United States District Judge

Dated: December 6, 2006