**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

DR. MICHAEL HASELKORN, ET AL

                    Petitioner(s)


        - vs -                               Case Number: 06-MC-6030T

AMERICAN HONDA MOTOR CO., INC. OIL          **ORDER**
FILTER PRODUCT LIABILITY LITIGATION

                    Respondent(s)

_____


        The above case is transferred from Hon. Michael A. Telesca, United States

District Judge, Rochester Division of the Western District of New York to Hon. Manuel L. Real,

Central District of California.

        SO ORDERED:


         S/ MICHAEL A. TELESCA
        Hon. Michael A. Telesca
        United States District Judge

Dated: December 14, 2006